United States District Court
Southern District of Texas
**ENTERED**
April 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER HINTON, JR.,<br>TDCJ #01839405,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ERIC GUERRERO, Director,<br>Texas Department of Criminal<br>Justice - Correctional<br>Institutions Division,<br><br>　　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-16-1054<br>§<br>§<br>§<br>§<br>§<br>§ |

### **FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 15th day of April, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE